Cannella's appeal does not satisfy any of the grounds for invoking this court's jurisdiction. Cannella's appeal challenges the weight of the evidence and the application of regulations to the facts of his case, issues outside of this court's jurisdiction. *See* 38 U.S.C. § 7292(d).

Accordingly,

IT IS ORDERED THAT:

(1) The motion to waive the requirements of Fed. Cir. R. 27(f) is granted.

(2) The motion to dismiss is granted.

(3) Each side shall bear its own costs.

**Israel AMMI, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2006–3337.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2006.

Israel Ammi, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James H. GOETZ, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2006–3343.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2006.

James H. Goetz, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

